# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**STEPHEN J. BYERS,**
Appellant,

v.

**ANTIQUERS AERODROME, INC.,**
Appellee.

No. 4D19-3171

[November 19, 2020]

Consolidated appeal from the State of Florida, Department of Economic Opportunity; L.T. Case No. 18-37 and DOAH L.T. Case No. 18-1732.

Robert L. Shearin, Esq. of Law Offices of Robert L. Shearin, Boca Raton, for appellant.

Keith F. Backer, Esq. and Jonathan A. Yellin, Esq. of Backer Aboud Poliakoff & Foelster, LLP, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***